NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Gerald A. Klein – CA State Bar No. 107727
Brian M. Kelly - CA State Bar No. 292222
Klein & Wilson
4770 Von Karman Avenue
Newport Beach, CA 92660
Tel. (949) 631-3300; Facsimile (949) 631-3703
klein@kleinandwilson.com; bkelly@kleinandwilson.com
ATTORNEY(S) FOR: Plaintiff Sweet James LLP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SWEET JAMES LLP, a limited liability partnership,

Plaintiff(s),

v.

LALEZARY LAW FIRM, LLP, a limited liability partnership; SHAWN LALEZARY, an individual; SHERVIN LALEZARY, an individual; and DOES 1-10, inclusive

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Sweet James LLP or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sweet James LLP | Plaintiff |
| James Bergener | Partner of plaintiff Sweet James LLP |
| Steven Mehr | Partner of plaintiff Sweet James LLP |
| Lalezary Law Firm, LLP | Defendant |
| Shawn Lalezary | Defendant |
| Shervin Lalezary | Defendant |

April 24, 2020
Date

/s/ Gerald A. Klein
Signature
Gerald A. Klein

Attorney of record for (or name of party appearing in pro per):

Plaintiff Sweet James LLP



American LegalNet, Inc.
www.FormsWorkFlow.com