AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California  on the following

☒ Trademarks or    ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:20-cv-00795 | DATE FILED<br>April 24, 2020 | U.S. DISTRICT COURT<br>Central District of California, Western Division |
|---|---|---|
| PLAINTIFF<br>SWEET JAMES LLP, a limited liability partnership | | DEFENDANT<br>LALEZARY LAW FIRM, LLP, a limited liability partnership; SHAWN LALEZARY, an individual; SHERVIN LALEZARY, an individual; and DOES 1-10, inclusive |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 86393386 (serial #)<br>4723659 (registration #) | September 12, 2014 (filed)<br>April 21, 2015 (regsitered) | Sweet James LLP<br>4220 Von Karman Ave., Suite 200, Newport Beach, CA 92660 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Plaintiff's Notice of Dismissal of Action in it entirety pursuant to F.R.Civ.P. 41(a) or (c) filed 6/29/2020. |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>6/30/2020 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com