Gerald A. Klein - CA State Bar No. 107727
Brian M. Kelly - CA State Bar No. 292222
KLEIN & WILSON
4770 Von Karman Avenue, Newport Beach, CA 92660
(949) 631-3300; Facsimile (949) 631-3703
klein@kleinandwilson.com; bkelly@kleinandwilson.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET JAMES LLP, a limited liability partnership,<br><br>Plaintiff(s),<br>v.<br><br>LALEZARY LAW FIRM, LLP, a limited liability partnership, et al.<br><br>Defendant(s). | CASE NUMBER<br>CASE NO. 8:20-cv-00795-AB (JDEx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| June 29, 2020 | /s/ Gerald A. Klein |
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*